COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Friede & Goldman, LLC d/b/a Friede & Goldman, Ltd. v. Roberto Ulloa, et al.

Appellate case number:      01-21-00565-CV

Trial court case number:    2016-29340

Trial court:               125th District Court of Harris County

On October 15, 2021, appellant, Friede & Goldman, LLC, doing business as Friede & Goldman, Ltd., filed a notice of interlocutory appeal from the trial court's October 8, 2021 order denying appellant's "Motion to Dismiss Pursuant to [Texas Civil Practices and Remedies Code] Chapter 150." *See* TEX. CIV. PRAC. & REM. CODE § 150.002(f). In conjunction with its notice of appeal, on October 15, 2021, appellant also filed "Emergency Motion to Stay Trial Proceedings During Pendency of Interlocutory Appeal." In its emergency motion to stay, appellant requested "a stay of all proceedings, including trial, pending the resolution of its interlocutory appeal from the trial court's October 8, 2021 order."

On October 20, 2021, we granted appellant's motion, staying all proceedings in trial court case number 2016-29340. We further notified the parties that the stay imposed by our October 20, 2021 order would be in effect until disposition of appellant's appeal or further order of this Court.

On October 25, 2021, appellant and appellees, a group of more than forty plaintiffs in the underlying litigation, filed an "Emergency Joint Motion for Partial Lift of Stay to Facilitate Settlement." In the motion to lift stay, the parties jointly represent that they have "signed a Rule 11 agreement to resolve the dispute," and as a part of that agreement, appellees "have agreed to file a nonsuit with prejudice of their claims against [appellant] as soon as this Court partially lifts the stay to permit the filing of that nonsuit." The parties further represent that "[a]s soon as the nonsuit is filed and the trial court has signed an order of dismissal, [appellant] will dimiss its appeal."

The parties joint motion to lift stay is **granted**. The stay imposed by our October 20, 2021 order is lifted, in part, to allow appellees to file a nonsuit with prejudice of their

claims against appellant, and to further allow the trial court to consider and sign an order on appellees nonsuit with prejudice for all appellees' claims against appellant.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting individually    ☐ Acting for the Court

Date: ___October 25, 2021____